# *KIRTON LAW FIRM*

_____

*Marlon G. Kirton, Esq.*                    *Nassau County:*
                                            *175 Fulton Avenue, Suite 305*
_____                        *Hempstead, New York 11550*
                                            *Tel. # (516) 833-5617*
                                            *Fax # (516) 833-5620*

May 29, 2025                      Letter Motion GRANTED.

VIA ELECTRONIC FILING             Dated: May 29, 2025          **SO ORDERED.**
                                      New York, New York

                                                              *Jennifer Rochon*
                                                              _____
Hon. Jennifer L. Rochon                                       **JENNIFER L. ROCHON**
United States District Court                                  **United States District Judge**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *US v. Donald Clark Garner II, 25 cr. 00117 (JLR)*

Dear Judge Rochon:

    I represent Donald Clark Garner II in the above-referenced matter. Mr. Garner pleaded guilty on March 20, 2025, and is awaiting sentencing. I request permission for Mr. Garner to travel to Washington, D.C., for a business trip from June 5 to 7, 2025.

    Mr. Garner has no prior arrest and complies with the conditions of his bail. Mr. Garner is a presenter at a program on prison education sponsored by the National Association of Student Financial Aid Administrators. The Program runs from June 5 to 7, 2025. The details of the program were communicated to his Pre-trial Services Officer. The Government consents to this application.

    Please contact me if you have any questions or concerns.

    Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

    cc: Kathryn Carpenter, United States Justice Department, Antitrust Division (via electronic filing)

1